# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Arleo, Madeline C. | U.S. District Court, Newark | 06/26/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge | ✓ Nomination   Date 06/26/2014 <br> ☐ Initial   ☐ Annual   ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 06/26/2014 |

**7. Chambers or Office Address**

United States District Court
50 Walnut Street
Newark, NJ 07101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arleo, Madeline C. | 06/26/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| | | | *(yours, not spouse's)* |
| 1 | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Arleo, Donohue & Biancamano, LLC (law firm; partnership income) |
| 2. | 2014 | Arleo & Donohue, LLC (law firm; partnership income) |
| 3. | | |
| 4 | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Arleo, Madeline C. | 06/26/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. Exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Arleo, Madeline C. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm dd yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. American Gen. Annuity-Amarillo,TX | A | Interest | J | T | Exempt | | | | |
| 2. Fidelity Contrafund | A | Dividend | L | T | | | | | |
| 3. Fidelity Growth Fund | A | Dividend | K | T | | | | | |
| 4. Fidelity Puritan | A | Dividend | K | T | | | | | |
| 5. Fidelity Blue Chip Growth | A | Dividend | K | T | | | | | |
| 6. Eli Lilly | A | Dividend | J | T | | | | | |
| 7. JDS Uniphase | | None | J | T | | | | | |
| 8. Schwab Money Market Fund | A | Dividend | L | T | | | | | |
| 9. American Century Ultra Fund | A | Dividend | J | T | | | | | |
| 10. Harbor Cap. App. (HACAX) | A | Dividend | L | T | | | | | |
| 11. Janus Fund (JANSX) | A | Dividend | K | T | | | | | |
| 12. Vanguard 500 Index FD | A | Dividend | L | T | | | | | |
| 13. Transam. Stable Value Op. Money Market | D | Dividend | N | T | | | | | |
| 14. Vanguard Target Retirement 2035 | | None | M | T | | | | | |
| 15. Vanguard Target Retirement 2025 | | None | M | T | | | | | |
| 16. Intel | A | Dividend | J | T | | | | | |
| 17. Janus Growth Inc. | A | Dividend | | | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 = More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 = More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S = Assessment    T = Cash Market
(See Column C2)    U =Book Value    V =Other    W = Estimated

# VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 18. | Wells Fargo Adv Growth (previously Strong Growth) | A | Dividend | K | T | | | | | |
| 19. | Schwab Money Market | B | Interest | K | T | | | | | |
| 20. | Hologic (Holx) | | None | J | T | | | | | |
| 21. | Schwab Market Growth | A | Dividend | J | T | | | | | |
| 22. | Schwab Money Market Fund | A | Dividend | K | T | | | | | |
| 23. | UESP -- Age-Based Conservative | B | Dividend | M | T | | | | | |
| 24. | UESP -- Age-Based Moderate | B | Dividend | M | T | | | | | |
| 25. | Nuveen NJ Municipal Bond Fund | A | Dividend | J | T | | | | | |
| 26. | PNC Bank (account) | A | Interest | J | T | | | | | |
| 27. | U.S. Savings Bonds Series EE | A | Interest | J | T | | | | | |
| 28. | Provident Bank (accounts) | A | Interest | K | T | | | | | |
| 29. | G.S. Comm. Bank (accounts) | A | Interest | M | T | | | | | |
| 30. | Loomis Sayles Bond Ret. Option | | None | J | T | | | | | |
| 31. | TransAm. Asset Allocation Growth Fund | A | Interest | K | T | | | | | |
| 32. | TransAm. Partners Core Bond Ret. Option | | None | K | T | | | | | |
| 33. | Vanguard Total Stock Market Index Fund | A | Interest | L | T | | | | | |
| 34. | TransAm Partner Midvalue Ret. Option | A | Interest | L | T | | | | | |

1. Income Gain Codes:
(See Columns B1 and D4)
2. Value Codes:
(See Columns C1 and D3)
3. Value Method Codes
(See Column C2)

| | | | | | |
|---|---|---|---|---|---|
| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanly Growth Opp Ret. Option | A | Interest | L | T | | | | | |
| 36. Am. Funds Wash. Mutual Inv. | A | Interest | K | T | | | | | |
| 37. Wells Fargo Adv. Small Cap. | A | Interest | K | T | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Madeline C. Arleo

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 239 | 101 | Notes payable to banks-secured | | | |
| U.S. Government securities--Series EE bonds | | 9 | 700 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | 1 | 494 | 919 | Notes payable to relatives | | | |
| Unlisted securities | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | 8 | 652 |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – personal residence | | 353 | 939 |
| Real estate owned --see schedule | 1 | 450 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 45 | 000 | | | | |
| Cash value-life insurance | | 8 | 800 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 356 | 661 | | | | |
| American General Annuity | | 11 | 953 | | | | |
| | | | | Total liabilities | | 362 | 591 |
| | | | | Net Worth | 3 | 253 | 543 |
| Total Assets | 3 | 616 | 134 | Total liabilities and net worth | 3 | 616 | 134 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |